IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

MR. ALFRED COATS,              )
                               )
    Plaintiff,                 )
                               )          CIVIL ACTION NO.
    v.                         )            2:25cv737-MHT
                               )               (WO)
ALABAMA BUREAU OF PARDONS      )
AND PAROLE, et al.,            )
                               )
    Defendants.                )

OPINION

Plaintiff, who is incarcerated and proceeding in forma pauperis, filed this lawsuit complaining that he was denied due process in connection with an Alabama parole revocation hearing in 2022. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without leave to amend as time-barred and frivolous. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted,

except that the case will be dismissed for failure to state claim on which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(ii), rather than as frivolous under § 1915(e)(2)(B)(i).

An appropriate judgment will be entered.

DONE, this the 15th day of April, 2026.

    /s/ Myron H. Thompson    
UNITED STATES DISTRICT JUDGE

2