IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MR. ALFRED COATS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:25cv737-MHT |
| | ) | (WO) |
| ALABAMA BUREAU OF PARDONS | ) | |
| AND PAROLE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 8) is adopted, except with regard to the recommendation for dismissal under 28 U.S.C. § 1915(e)(2)(B)(i).

(2) This lawsuit is dismissed without leave to amend for failure to state claim on which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(ii).

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 15th day of April, 2026.

_/s/ Myron H. Thompson_
UNITED STATES DISTRICT JUDGE

2