IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MR. ALFRED COATS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:25cv737-MHT |
| | ) | (WO) |
| ALABAMA BUREAU OF PARDONS | ) | |
| AND PAROLE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Plaintiff, who is incarcerated and proceeding in forma pauperis, filed this lawsuit complaining that he was denied due process in connection with an Alabama parole revocation hearing in 2022.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without leave to amend as time-barred and frivolous.  Also before the court are plaintiff's objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the objections should be overruled, and the

magistrate judge's recommendation should be adopted, except that the case will be dismissed for failure to state claim on which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(ii), rather than as frivolous under § 1915(e)(2)(B)(i).

An appropriate judgment will be entered.

DONE, this the 14th day of May, 2026.

    /s/ Myron H. Thompson    
UNITED STATES DISTRICT JUDGE

2