IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MR. ALFRED COATS,      ) <br>      ) <br>    Plaintiff,      ) <br>      ) <br>    v.      ) <br>      ) <br> ALABAMA BUREAU OF PARDONS   ) <br> AND PAROLE, et al.,     ) <br>      ) <br>    Defendants.     ) | CIVIL ACTION NO. <br> 2:25cv737-MHT <br> (WO) |

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. 13) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 8) is adopted, except with regard to the recommendation for dismissal under 28 U.S.C. § 1915(e)(2)(B)(i).

(3) This lawsuit is dismissed without leave to amend for failure to state claim on which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(ii).

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 14th day of May, 2026.

                               /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE